IN THE UNITED STATES DISTRICT COURT,
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| CRAIG HOLLAND, | Case No.: SACV-**09-00503-CJC(Ex)** |
| Plaintiff, | [PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| GC SERVICES, | |
| Defendant.. | |

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED THAT this proceeding be dismissed, on the merits, and with prejudice based on the Stipulation for Dismissal With Prejudice of the parties through their respective counsel, each party to bear his, her or its own fees and costs.
prejudice.

**IT IS SO ORDERED.**

Dated: July 30, 2010

_____
The Honorable Judge
United States District Judge